### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **JEREMIAH EZEKIAL THOMAS** § | | |
| **#474038** § | | |
| § | | |
| **V.** § | | **W-20-CA-1118-ADA** |
| § | | |
| **GREG ABBOTT, et al.** § | | |

### ORDER OF DISMISSAL

On January 4, 2021, the Court ordered Plaintiff to file a completed application to proceed in forma pauperis, including a six-month history of his inmate trust fund account. The Court noted that Plaintiff appeared to be assisted by barred-filer, Jaime Luevano, and warned Plaintiff of Luevano's history of filing frivolous lawsuits.[1] Plaintiff

---

[1] The entirety of the complaint includes references to issues that Jaime Luevano is facing and contends that Luevano is a witness to other issues. Luevano has a long history of filing frivolous and abusive litigation. *See e.g. Luevano v. United States President of America*, No. 08-CV-0053 (D.D.C. Jan. 2, 2008) (dismissed for failure to state a claim); *Luevano v. Board of Disciplinary Appeals*, No. 5:08-CV-0107 (W.D. Tex. Mar. 20, 2008) (dismissed as frivolous); *Luevano v. Doe*, No. 1:07-CV-1025 (W.D. Tex. Jan. 18, 2008) (dismissed as frivolous); *Luevano v. Perry*, No. 1:07-CV-1026 (W.D. Tex. Jan. 18, 2008) (dismissed as frivolous); *Luevano v. Clinton*, No. 2:08-CV-1360 (E.D.N.Y. Apr. 4, 2008) (dismissed as frivolous); *Luevano v. Richardson*, No. 1:08-CV-781 (D.N.M. Oct. 1, 2008) (dismissed for failure to state a claim); and *Luevano v. Boykin*, No. 5:08-CV-1844 (N.D. Ohio Oct. 31, 2008) (dismissed for failure to state a claim). In fact, Luevano has been sanctioned and barred from filing any documents in the Western District of Texas. *Luevano v. Officer of Inspector General*, No. SA-11-CA-131-OG (W.D. Tex.), (sanctioned Petitioner $100 and barred him from filing any document in the Western District of Texas until he has paid the sanction in full); *Luevano v. U.S. District Judge of Abilene, TX*, No. W-12-CA-049 (W.D. Tex.), (sanctioned Petitioner an additional $100 and barred him from filing documents in the Western District of Texas until he has paid the sanction in full). The filings in this case all appear to be a thinly disguised attempt by Luevano at filing a case through Thomas. This is improper and a violation of Luevano's sanctions.

had until February 5, 2021, to comply with the Court's order. Plaintiff failed to respond and on February 8, 2021, the Court ordered Plaintiff to show cause why his case should not be dismissed for want of prosecution. Plaintiff filed a new motion to proceed in forma pauperis on February 26, 2021, unsigned by Thomas and with Luevano's return address, and again neglecting to include the six-month history of his inmate trust fund account. Thus, Plaintiff has failed to respond to the Court's orders.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to comply with the Court's orders, his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**.

**SIGNED** on March 4, 2021

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE